UNITED STATES DISTRICT COURT
District of Maine

EDWARD THOMAS KENNEDY, )
)
    Plaintiff )
)
v. ) No. 1:18-cv-00339-GZS
)
STATE OF MAINE, et al., )
)
    Defendants )
)

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 19, 2018, his Recommended Decision (ECF No. 7). Plaintiff filed his Objection to the Recommended Decision (ECF No. 8) on October 1, 2018.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

3. It is hereby **ORDERED** that Plaintiff's Motion for Authorization to File Electronically (ECF No. 9) is accordingly **MOOT**.

/s/George Z. Singal
U.S. District Judge

Dated this 15th day of October, 2018.